# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| ROCK CREEK CAPITAL LLC,<br><br>      Plaintiff,<br> v.<br><br>BONNELL L. WILLIAMS, JR. AND BONNELL WILLIAMS<br><br>      Defendants,<br><br>BONNELL L. WILLIAMS, JR. AND BONNELL WILLIAMS<br><br>      Third-Party Plaintiffs,<br><br> v.<br><br>CLARKSON & HALE, LLC<br><br>      Third-Party Defendant, | **Stipulation of Dismissal**<br><br>CASE NO.: 2:19-cv-02368-DCN |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each and every party hereto dismisses with prejudice its lawsuit, counterclaims, and/or cross-claims as to the other. Specifically Plainitff, Rock Creek Capital, LLC, dismisses with prejudice its lawsuit against Bonnell L. Williams, Jr. and Bonnell Williams. Defendants/Third-Party Plaintiffs, Bonnell L. Williams, Jr. and Bonnell Williams (by and through the Estate of Bonnell Williams), dismisses with prejudice its counterclaims against Rock Creek Capital, LLC and its cross-claims against Clarkson & Hale, LLC.

(*Signature Page to Follow*)

| | |
|---|---|
| **I SO MOVE:** | **I SO CONSENT:** |
| /s/ Eric C. Hale | /s/ Martin S. Driggers, Jr. |
| ERIC C. HALE, ID # 9404 | Martin S. Driggers, Jr., ID # 7305 |
| Post Office Box 287 | 115 Cargill Way, Suite B |
| Columbia, SC 29202 | Hartsville, SC 29550 |
| (803) 726.3558 (Tel) | (843) 878.0390 (Tel) |
| Email: eric.hale@clarksonlawllc.com | Email: msd@swblaw.com |
| Attorney for Rock Creek Capital, LLC | Attorney for Clarkson & Hale, LLC |

**I SO MOVE:**

/s/ John R. Cantrell, Jr.
JOHN R. CANTRELL, JR., ID # 4951
Post Office Box 1276
Goose Creek, SC 29445
(843) 797.2454 (Tel)
Email: johncantrelljr@gmail.com
Attorney for Bonnell L. Williams, Jr.
and Bonnell Williams


Columbia, South Carolina
October 4, 2019